# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| HAILEY STANGER, INDIVIDUALLY AND ON BEHALF OF MINORS T.T., L.S., and A.S.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF MONTANA DEPARTMENT OF TRANSPORTATION; DOWL LLC; NELCON, INC.; KIRSTEN BOHLINGER; and JOHN DOES 1-20,<br><br>Defendants. | Case No. 4:22-cv-00091-BMM<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Pursuant to the unopposed motion filed by DOWL LLC, (Doc. 18), the Court hereby orders that this matter is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction, each party to pay its own costs. All remaining motions are DENIED AS MOOT.

DATED this 20th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court