IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HAILEY STANGER, *et al*,<br><br>Plaintiffs,<br><br>vs.<br><br>KIRSTEN BOHLINGER,<br><br>Defendant. | CV-22-91-GF-BMM<br><br>ORDER |

Defendant Kirsten Bohlinger moves the Court to dismiss Plaintiffs' Complaint for lack of subject matter jurisdiction subject to Fed. Rule Civ. P. 12(b)(1). (Doc. 20.)

Plaintiffs did not respond to Defendant Bohlinger's Motion by the March 24, 2023 deadline. The Court contacted Plaintiffs. Plaintiffs communicated that they consider the Motion moot and do not intend to respond.

Defendant DOWL, LLC filed previously an Unopposed Motion to Dismiss for Lack of Jurisdiction, (Doc. 18), which the Court granted on March 20, 2023. (Doc. 19.) The Court dismissed Plaintiffs' claims against DOWL, LLC without prejudice. The Court ruled that all remaining motions are denied as moot.

1

Accordingly, IT IS HEREBY ORDERED that Defendant Bohlinger's Motion (Doc. 20) is DENIED AS MOOT as this case is closed.

Dated this 20th day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court